■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM ARMSTRONG, Appellant.— Appeal from a judgment of the County Court, Richmond County, convicting appellant, on his plea of guilty, of petit larceny, and from each and every intermediate order therein made, including an order disallowing a demurrer to the indictment and denying a motion to dismiss the indictment and to discharge appellant. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT DOYLE, Appellant.— Appeal from (1) a judgment of the County Court, Kings County, convicting appellant, on his plea of guilty, of attempted forgery in the third degree, as a second felony offender, and sentencing him to the Elmira Reception Center for a term of two and one-half to five years, and (2) each and every intermediate order therein made, including an order overruling a demurrer to the indictment. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.